**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ZHIGANG ZHANG, | No. 11-72965 |
| Petitioner, | Agency No. A087-842-605 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted November 19, 2013[**]

Before: CANBY, TROTT, and THOMAS, Circuit Judges.

Zhigang Zhang, a native and citizen of China, petitions pro se for review of

the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an

immigration judge's ("IJ") decision denying his application for asylum,

withholding of removal, and protection under the Convention Against Torture

---

[*]      This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

("CAT"). We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence the agency's factual findings, including whether an applicant has met his burden of proof, *Ren v. Holder*, 648 F.3d 1079, 1083 (9th Cir. 2011), and we grant the petition for review and we remand.

The BIA agreed with the IJ's denial relief because Zhang did not present evidence to corroborate his arrest, detention, or religious activities in China or the United States. However, because the IJ did not have the benefit of our decision in *Ren v. Holder*, 648 F.3d 1079, 1089-94 (9th Cir. 2011), regarding notice and opportunity to provide corroborating evidence, we grant the petition for review and remand for further proceedings consistent with this disposition. *See INS v. Ventura*, 537 U.S. 12, 16-18 (2002) (per curiam).

**PETITION FOR REVIEW GRANTED; REMANDED.**